IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| HOPE H. MILTON, | ) | NO.: 18-30920 |
| aka Hope Pyron | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW Freedom Mortgage Corporation (herein, "Creditor"), a secured creditor holding a Mortgage against the real property commonly known as 686 Hillsboro Rd, Montgomery, AL 36109 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 2) (the "Plan").

1.

Debtor's Plan does not treat Creditor's estimated prepetition arrearage claim of $1,236.27. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

2.

Some of Debtor's monthly expenses are excessive and unreasonable (e.g., $264.00 for cell phones; and $600.00 for food with no dependents). By reducing these expenses, Debtor should have additional monthly disposable income to go toward creditors, including secured creditors. The Plan as proposed is in violation of 11 U.S.C. Section 1325(a)(3).

3.

According to the Schedules, the Debtor is not spending any money on maintenance, repairs or upkeep of the Property, thus impairing Creditor's collateral and security interest.

4.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that the Court will:

1. Deny confirmation,

2. Award reasonable attorney's fees, and

3. Grant such other and further relief as is just and equitable.

/s/Michael McCormick
Michael McCormick
AL BAR NO. ASB-1127-C65M
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-3918
Michael.McCormick@mccalla.com

| In Re: | Hope H. Milton | Bankruptcy Case No.: | 18-30920 |
|---|---|---|---|
| | aka Hope Pyron | Chapter: | 13 |

CERTIFICATE OF SERVICE

    I, Michael McCormick, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age;

    That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Hope H. Milton
686 Hillsboro Rd
Montgomery, AL 36109

Richard D. Shinbaum                (*served via ECF Notification*)
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36104

Sabrina L. McKinney, Trustee          (*served via ECF Notification*)
P.O Box 173
Montgomery, AL 36101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   4/27/2018   By:   */s/Michael McCormick*
                (date)             Michael McCormick
                                       Alabama BAR NO. ASB-1127-C65M
                                       Attorney for Creditor